Dismissed and Memorandum Opinion filed March 11, 2004









Dismissed and Memorandum Opinion filed March 11, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01135-CV

____________

 

PATRICIA
TRICE, Appellant

 

V.

 

ACCOR ECONOMY
LODGING, INC. d/b/a STUDIO SIX SUITES, Appellee

 



 

On Appeal from the County Civil
Court at
Law No.
Two

Fort Bend County,
Texas

Trial Court Cause
No. 21518

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 4,
2002.  On March 3, 2004, appellant filed
a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 11, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.